IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK LEE HOLLOMAN,           )
                                )
          Petitioner,           )
                                )    1:21CV763
     v.                         )    1:09CR50-1
                                )
UNITED STATES OF AMERICA,       )
                                )
          Respondent.           )

**ORDER**

The Recommendation and Order of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) (Doc. 65) and, on January 13, 2022, was served on the parties in this action (see Doc. 66). No objections were filed within the time limits prescribed by Section 636. Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation and Order, (Doc. 65), is **ADOPTED. IT IS FURTHER ORDERED** that this action be filed and then dismissed sua sponte for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the Court of Appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d) and that, there being no substantial issue for appeal

concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability not issue.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 16th day of February, 2022.

/s/ William L. Osteen, Jr.
United States District Judge

- 2 -

Case 1:09-cr-00050-WO   Document 71   Filed 02/16/22   Page 2 of 2